[No. 10,693.—In Bank.]
December 2, 1882.

## EX PARTE R. D. JOHNSON.

MEDICAL EXAMINERS—LICENSE TO PRACTICE MEDICINE—CONSTITUTIONAL LAW.—Section 8 of the Act of April 1, 1878, making it a misdemeanor to practice medicine without having first procured a certificate as required by that Act, is not unconstitutional.

APPLICATION for discharge on writ of *habeas corpus*.

*E. N. Deuprey*, for Petitioner.

The COURT:

Upon the authority of *Ex parte Frazer*, 54 Cal. 94, writ dismissed and petitioner remanded.